UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICK F. WHITCHER,

    Plaintiff,

v.   CASE NO. 3:20-cv-439-J-39JBT

GARRISON PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Rule 26 Initial Disclosure ("Disclosure") (Doc. 20).  Discovery materials "must not be filed until they are used in the proceeding or the court orders filing."  Fed. R. Civ. P. 5(d)(1); *see also* M.D. Fla. R. 3.03(d).  The Court has not ordered Defendant to file the Disclosure, and it does not appear that filing is necessary at this time.  Therefore, the filing is due to be stricken.  Counsel should ensure that such discovery materials are not routinely filed in the future.

Accordingly, it is **ORDERED**:

The Disclosure (**Doc. 20**) is **STRICKEN** without prejudice to filing at a later time if necessary.

**DONE AND ORDERED** in Jacksonville, Florida, on July 27, 2020.

*[Signature]*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record