UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:20-cv-00439-BJD-JBT

RICK F. WHITCHER,

    *Plaintiff*,

v.

GARRISON PROPERTY AND CASUALTY
INSURANCE COMPANY,

    *Defendant.*

_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, Rick F. Whitcher, gives notice of filing the following supplemental authority relevant to his Opposition to Garrison's Motion for Protective Order Regarding Plaintiff's First Request for Production [D.E. 30]; Opposition to Defendant's Motion for Protective Order Regarding Plaintiff's Notice of Fed. R. Civ. P. 30(b)(6) Deposition, Motion to Continue Fed. R. Civ. P. 30(b)(6) Deposition, & Request for Oral Argument [D.E. 45]; and Renewed Motion to Compel Documents Responsive to his First Request for Production [D.E. 46], as follows:

    1.    *Noga Fridman v. Safeco Ins. Co. of IL*, No. 2009-CA-013426-O (Fla. Cir. Ct. Orange Cty, Nov. 6, 2020), Order on Defendant's Motion for Partial Summary Judgment, Motion in Limine re: Post CRN Events, Motion in Limine re: Litigation Conduct and Motion in Limine re: Amount of Excess Verdict, attached as Exhibit A.

Case No.: 3:20-cv-00439-BJD-JBT

Respectfully Submitted,

VER PLOEG & MARINO, P.A.
100 S.E. Second Street, Suite 3300
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr., Esq.**
Florida Bar No. 79170
smarino@vpm-legal.com
smcgee@vpm-legal.com
**Michal Meiler, Esq.**
Florida Bar No. 86522
mmeiler@vpm-legal.com
**Maria E. Dennison, Esq.**
Florida Bar No. 1015532
mdennison@vpm-legal.com
*Counsel for Rick F. Whitcher*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on November 11, 2020, on all counsel or parties of record on the Service List below.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr., Esq.**

## SERVICE LIST

Stephen A. Marino, Jr., Esq.
Michal Meiler, Esq.
Maria E. Dennison, Esq.
Ver Ploeg & Marino, P.A.
100 S.E. Second Street, Suite 3300
Miami, FL 33131
305-577-3996
305-577 3558 *facsimile*
smarino@vpm-legal.com
mmeiler@vpm-legal.com
medennison@vpm-legal.com
smcgee@vpm-legal.com
*Counsel for Rick F. Whitcher*

Kristen M. Van der Linde, Esq.
Amanda L. Kidd, Esq.
Boyd & Jenerette, P.A.
201 North Hogan Street, Suite 400
Jacksonville, FL 32202
904-353-6241
904-493-3739 *facsimile*
kvanderlinde@boydjen.com
akidd@boydjen.com
kwilson@boydjen.com
*Counsel for Garrison Property and Cas. Ins. Co.*

2