UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICK F. WHITCHER,

    Plaintiff,

v.                                                 CASE NO. 3:20-cv-439-J-39JBT

GARRISON PROPERTY AND
CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Mediation ("Notice") (Doc. 24). The Notice states that mediation was scheduled for November 12, 2020. (*Id.*) To date, the Court has not been informed of the status and/or outcome of the mediation.

Accordingly, it is **ORDERED**:

**On or before November 27, 2020**, the parties shall file a joint notice informing the Court of the status and/or outcome of the mediation.

**DONE AND ORDERED** in Jacksonville, Florida, on November 20, 2020.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record